STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

18-588 consolidated with 18-587

LOUISIANA SCRAP METAL RECYCLING, ET AL.

VERSUS

LARSEN INTERMODAL SERVICES, INC.

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. C-20143577-A
HONORABLE JOHN DAMIAN TRAHAN, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

ULYSSES GENE THIBODEAUX
CHIEF JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Shannon J. Gremillion, and Van H. Kyzar, Judges.

**AFFIRMED**.

**Julius Willis Grubbs, Jr.**
**J. P. D'Albor**
**Haik, Minvielle & Grubbs**
**1017 E. Dale St.**
**New Iberia, LA 70560**
**Telephone:  (337) 365-5486**
**COUNSEL FOR:**
     **Defendant/Appellee - Larsen Intermodal Services, Inc.**

**Dennis Ray Stevens**
**Gibbens & Stevens**
**222 West St. Peter**
**New Iberia, LA 70560**
**Telephone:  (337) 367-8451**
**COUNSEL FOR:**
     **Plaintiffs/Appellants - The Hartford Fire Insurance Company and Louisiana Scrap Metal Recycling**

**THIBODEAUX, Chief Judge.**

For the reasons discussed in the consolidated case of *Melvin Guidry, et al. v. ABC Trucking Company, et al.*, 18-587 (La.App. 3 Cir. __/__/19), __ So.3d __, the judgment of the trial court is affirmed. Costs of the appeal are assessed to plaintiffs/appellants, Louisiana Scrap Metal Recycling and The Hartford Fire Insurance Company.

**AFFIRMED**.